UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------- X
UNITED STATES OF AMERICA

        V.                                      16 CR 500 (RMB)

KELVING HERNANDEZ,                          **ORDER**

    Defendant

---------------------------------------------- X

    Upon motion of the defendant, Kelving Hernandez, to release passport and good cause appearing,

    IT IS HEREBY ORDERED that Mr. Hernandez's Passport that was surrendered to Pre-Trial Services is returned to Mr. Hernandez. In the event Mr. Hernandez's Passport is expired, Mr. Hernandez is permitted to apply for a new passport.

DATED **30** of April 2020.

_[signature]_

RICHARD M. BERMAN
U.S. District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2020