**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

                                                                16 CR. 500 (RMB)

   -against-

                                                            **ORDER**

KELVING HERNANDEZ,
              Defendant.
------------------------------------------------------------X

       The Court will hold a telephone status conference on Thursday, October 29, 2020 at 11:00 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 5005

Dated: October 21, 2020
       New York, NY

                                                          _____
                                                            RICHARD M. BERMAN
                                                                 U.S.D.J.