**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                         Government,

                                                                16 CR. 500 (RMB)

        -against-
                                                                **<u>ORDER</u>**

KELVING HERNANDEZ,
                         Defendant.
-----------------------------------------------------------X

 The supervised release hearing previously scheduled for Wednesday, October 6, 2021 at 9:30 AM is hereby rescheduled to 12:30 PM on the same date.

 In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

 Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 5005

Dated: September 29, 2021
  New York, NY

             _Richard M. Berman_
           _____
            RICHARD M. BERMAN
              U.S.D.J.