UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

    -against-

KELVING HERNANDEZ,
              Defendant.
------------------------------------------------------------X

16 CR. 500 (RMB)

**<u>ORDER</u>**

In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, February 9, 2022 at 10:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 5005

Dated: February 2, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.