UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
            Government,

   -against-

KELVING HERNANDEZ,
            Defendant.
------------------------------------------------------------X

16 CR. 500 (RMB)

**ORDER**

     In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, May 9, 2022 at 10:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

     Participants, members of the public and the press can use the following dial-in information:

     USA Toll-Free Number: (877) 336-1829
     Access Code: 6265989
     Security Code: 5005

Dated: May 4, 2022
       New York, NY

*Richard M. Berman*
_____
         RICHARD M. BERMAN
              U.S.D.J.