UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
    Government,

                 16 CR. 500 (RMB)

 -against-

                 **ORDER**

KELVING HERNANDEZ,
    Defendant.
------------------------------------------------------------X

  In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, June 13, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 5005

Dated: June 8, 2022
   New York, NY

                 *Richard M. Berman*
               _____
                 RICHARD M. BERMAN
                    U.S.D.J.