IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

UNITED STATES OF AMERICA,

     V.                                                        16 CR 500 (RMB)

KELVING HERNANDEZ,                               **ORDER**

         DEFENDANT.

------------------------------------------------X

Pursuant to 18 U.S.C. § 3583(e)(1), the Court hereby TERMINATES the term of supervised release in this case and discharges Mr. Hernandez for the reasons set forth ~~above~~ *on the record (e.g. see Transcripts dated 5/9 + 6/13/22) + on consent of the Probation Dept. Early termination is also an important tool in the criminal justice system + a reward for full time employment + stable housing + providing for his family.*

Dated: June 21, 2022

*RMB*

RICHARD M. BERMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/22

5